FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND OF MARYLAND

2001 NOV 21  A II: I~

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

UNITED STATES OF AMERICA,                    :

        Plaintiff,                            :

        v.                                    :     Civil No. L-01-2370

Sabrina  Williams,                           :     1. 01- 2370

        Defendant.                            :

....oOo.....

## JUDGMENT BY DEFAULT

The plaintiff has moved, pursuant to Rule 55(b)(2), Fed. R. Civ. Pr., for a

judgment by default, an entry of default having been made by the Clerk on _____ 11 2 01 _____, for

want of answer or other defense.  The court having reviewed the entire record, it appears that: (1)

the defendant has been properly served; (2) the defendant has not appeared in this action; (3) the

plaintiff has established a factual and legal basis for its claim against the defendant; and (4) a

hearing on the nature or amount of the plaintiff's claim is unnecessary.

Accordingly, it is this 20TH day of Nov., 2001, ORDERED:

1. Judgment by default is hereby entered in favor of the plaintiff, and against the

defendant, in the amount of $4,889.72, (principal of  $2,566.30, interest in the amount of

$2,323.42 through October 2, 2001 and administrative costs of $.00) plus prejudgment interest at

the rate of 8% per annum from October 2, 2001 until the date of judgment,  interest at the legal

rate from the date of judgment until paid in full,  filing fees  in the amount of $150.00 pursuant to

28 U.S.C.  §1914, and cost for service of the summons and complaint  by a Private Process

Server in the amount of $30.00.

BENSON EVERETT LEGG
U.S. DISTRICT JUDGE